**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6559**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MICHAEL RAY SMITH, JR., a/k/a Red, a/k/a Black
Mike,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Harrisonburg.  Samuel G. Wilson, Chief Dis-
trict Judge.  (CR-97-3006, CA-99-465-7)

───────────

Submitted:  July 13, 2000            Decided:  July 24, 2000

───────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Michael Ray Smith, Jr., Appellant Pro Se.  Ray B. Fitzgerald, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Ray Smith, Jr., appeals the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Smith, Nos. CR-97-3006; CA-99-465-7 (W.D. Va. Mar. 17, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED